AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 814-cv-1378t35TGW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Discover Bank**
was received by me on *(date)* **07/25/2014**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Beth Fuller**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Discover Bank**
**502 East Market Street, Greenwood, DE 19950** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/30/2014**         _____
                              *Server's signature*

                              **Pam Sachetta, Process Server**
                              *Printed name and title*

                              Blue Marble Logistics, LLC
                              800 King Street, Suite 102
                              Wilmington, DE 19801
                              *Server's address*

Additional information regarding attempted service, etc:

*[signature]*
DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015