UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MARK S. MCFADDEN, | Case No.: 8:14-cv-01378-CEH-TGW |
| Plaintiff, | |
| v. | MOTION OF ROBERT W. THUOTTE, ESQ. FOR ADMISSION PRO HAC VICE |
| DISCOVER BANK, ZWICKER & ASSOCIATES, P.C., and EDUARDO A. CLARK | |
| Defendants. | |

Robert W. Thuotte, Esq. (hereinafter, "Movant"), hereby respectfully moves for an Order admitting him pro hac vice in this case on behalf of defendants Discover Bank, Zwicker & Associates, P.C. and Eduardo A. Clark (all hereinafter, "Defendants"). In support of this motion, Movant states as follows:

1. Movant is Executive Vice President/Corporate Counsel of the Massachusetts law firm Zwicker & Associates, P.C. ("Zwicker"), which is organized under the laws of the Commonwealth of Massachusetts, has a main office located at 80 Minuteman Road, Andover, MA 01810 and has offices in other states including one in Jacksonville, Florida. In that capacity, Movant directly oversees all litigation filed against Zwicker and/or its employees and movant is the attorney in the firm who has settlement authority in all such cases.

2. Movant has been a member in good standing of the Bar of the Supreme Judicial Court of the Commonwealth of Massachusetts since December, 1982. Movant is

also a member in good standing of the bars of the following courts: United States Courts of Appeals: First and Tenth Circuits; United States District Courts: Eastern and Western Districts of Arkansas, District of Colorado, District of Connecticut, Northern, Southern and Central Districts of Illinois, Northern and Southern Districts of Indiana, District of Massachusetts, Eastern and Western Districts of Michigan, Western District of Oklahoma, Northern, Southern, Eastern and Western Districts of Texas (not yet sworn into the Western District), Eastern and Western Districts of Wisconsin. Movant is in good standing in each court which has admitted him to practice.

3. To movant's knowledge, there are no disciplinary or suspension proceedings pending against him in any Court of the United States or of any State, Territory or Possession of the United States.

4. Movant is not a resident of the State of Florida and does not make regular or frequent appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. Within the past 12 months Movant has reviewed the Local Rules of the United States District Court for the Middle District of Florida. Movant is familiar with the Rules, including Rule 2.04 in particular, and also with the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Pursuant to Local Rule 2.02(a), Movant will within 10 days file a written designation and consent-to-act on the part of a member of the Bar of this Court, resident of Florida, upon whom all notices and papers may be served and who will be responsible

for the progress of this case, including the trial in default of Movant. In addition, Movant will comply with both the fee and e-mail registration requirements of Local Rule 2.01(d), and Movant's designation will certify Movant's compliance. The attorney resident of Florida will be G. Michael Samples, Zwicker & Associates, P.C., 10550 Deerwood Park Blvd., Greystone Park, Building 300, Jacksonville, FL 32256.

7. Movant has forwarded the original of his signed Special Admission Attorney Certification to the Clerk of Court with the appropriate fee.

### Conclusion

For all of the reasons stated above, Movant respectfully requests that this motion be allowed.

                                            Robert W. Thuotte, Esq.
                                            Zwicker & Associates, P.C.
                                            80 Minuteman Road
                                            Andover, MA 01810
                                            Tel. 978-984-1042
                                            Fax 978-686-6831
                                            rthuotte@zwickerpc.com

Dated: August 8, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2014, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system. I also certify that I have caused the attached document to be forwarded by United States Mail, postage prepaid, to Mark S. McFadden, 4245 118th Avenue, North, Clearwater, FL 33762, who I understand is not a registered participant for the CM/ECF system.

/s/G. Michael Samples II
G. Michael Samples II, Esq.
Florida Bar # 0032962
Zwicker & Associates, P.C.
10550 Deerwood Park Blvd.
Greystone Park, Bldg 300
Jacksonville, FL 32256
Tel. 904-997-2140 ext. 2403#
Fax 904-997-2151
gmsamples@zwickerpc.com