UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MARK S. MCFADDEN, | ) |
| | ) Case No.: 8:14-cv-01378-CEH-TGW |
| Plaintiff, | ) |
| v. | ) |
| | ) DESIGNATION AND CONSENT- |
| | ) TO-ACT |
| DISCOVER BANK, ZWICKER & | ) |
| ASSOCIATES, P.C., and | ) |
| EDUARDO A. CLARK | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Local Rule 2.02, Robert W. Thuotte, Esquire (hereinafter, "Attorney Thuotte") who has filed herewith a motion for admission pro hac vice, hereby designates G. Michael Samples, Zwicker & Associates, P.C., 10550 Deerwood Park Blvd., Greystone Park, Building 300, Jacksonville, FL 32256, a member of the Bar of this Court, resident of Florida, who has consented to act in this case and upon whom all notices and papers may be served and who will be responsible for the progress of this case, including trial in the default of Attorney Thuotte.

Robert W. Thuotte, Esq.
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810
Tel. 978-984-1042
Fax 978-686-6831
rthuotte@zwickerpc.com

Dated: August 8, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2014, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system. I also certify that I have caused the attached document to be forwarded by United States Mail, postage prepaid, to Mark S. McFadden, 4245 118th Avenue, North, Clearwater, FL 33762, who I understand is not a registered participant for the CM/ECF system.

/s/G. Michael Samples II
G. Michael Samples II, Esq.
Florida Bar # 0032962
Zwicker & Associates, P.C.
10550 Deerwood Park Blvd.
Greystone Park, Bldg 300
Jacksonville, FL 32256
Tel. 904-997-2140 ext. 2403#
Fax 904-997-2151
gmsamples@zwickerpc.com