UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK S. MCFADDEN,

    Plaintiff,

v.    Case No: 8:14-cv-1378-T-36TGW

DISCOVER BANK, ZWICKER AND ASSOCIATES, P.C. and EDUARDO A. CLARK,

    Defendants.

_____/

## **ORDER**

This cause comes before the Court on the Court's Order to Show Cause, entered on October 7, 2014 (Doc. 20). On October 14, 2014, Plaintiff filed a Response to the Order to Show Cause and, subsequently, a Case Management Report (Docs. 21, 22). Accordingly, the Court will take no further action on the Order to Show Cause and it is discharged.

**DONE AND ORDERED** in Tampa, Florida on October 27, 2014.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY