## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

_____

**MARK S. MCFADDEN,**                    **Case No.: 8:14-cv-01378-CEH-TGW**

                        **Plaintiff,**

**v.**

**DISCOVER BANK, et. al.**

                        **Defendants.**

_____

### DEFENDANTS' NOTICE TO THE COURT OF MEDIATION DATE

Pursuant to this Court's October 29, 2014 Case Management and Scheduling Order (Doc. # 24), Defendants' lead counsel hereby informs the Court that he has conferred with Plaintiff Mark S. McFadden and that the parties have agreed that mediation will be conducted on September 16, 2015 before James R. Betts, Esq. at 710 S. Boulevard, Tampa, Florida 33606.

                        DISCOVER BANK
                        ZWICKER & ASSOCIATES, P.C.
                        EDUARDO A. CLARK

                        By their attorneys,

                        /s/Robert W. Thuotte
                        Robert W. Thuotte, Esq.
                        *Admitted pro hac vice*
                        MA Bar # 497490
                        Zwicker & Associates, P.C.
                        80 Minuteman Road
                        Andover, MA 01810
                        Tel. 978-984-1042
                        Fax 978-686-6831
                        rthuotte@zwickerpc.com

Dated: November 12, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2014, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system.  I also certify that I have caused the attached document to be served by United States Mail, postage prepaid, on Mark S. McFadden, 4245 118th Avenue North, Clearwater, FL 33762, who I understand is not a registered participant for the CM/ECF system.  I also have forwarded a copy of the foregoing via email to the mediator, James R. Betts, jbetts@tampabay.rr.com.


/s/Robert W. Thuotte
Robert W. Thuotte, Esq.