## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| MARK S. MCFADDEN, | Case No.: 8:14-cv-01378-CEH-TGW |
| Plaintiff, | |
| v. | |
| | DEFENDANTS' REQUEST THAT |
| | THE COURT TAKE JUDICIAL |
| DISCOVER BANK, ZWICKER & | NOTICE OF ADJUDICATIVE FACTS |
| ASSOCIATES, P.C., and | |
| EDUARDO A. CLARK, | |
| Defendants. | |

Defendants Discover Bank ("Discover"), Zwicker & Associates, P.C. ("Zwicker") and Eduardo A. Clark ("Clark") (all hereinafter, "Defendants") respectfully request that the Court take judicial notice of *Discover Bank v. Mark S. McFadden*, County Court in and for Pinellas County, Florida, Case No. 14-003370-SC, a lawsuit filed on behalf of Discover by Zwicker on Discover credit card account number ending in 9323 in the name of Mark S. McFadden ("McFadden"). In the Complaint, McFadden pleads that the lawsuit was filed against him, and Exhibit E to the Complaint is a partial copy of the docket in that case. ECF Dkt. # 1, Ex. E.

Defendants request that the Court take judicial notice of the following with respect to that case, referred to below as "the collection case":

1.      Final Judgment entered in Discover's favor against McFadden on December 1, 2014. A certified copy of the Final Judgment is attached to the Affidavit of Robert W. Thuotte, Esq., filed herewith.

2.     The Statement of Claim which Zwicker filed in the collection case pleaded matters including that McFadden owed $3,446.86 to Discover based on a credit agreement between McFadden and Discover on which McFadden defaulted.

3.     Attached to the Statement of Claim as filed, as exhibits thereto, were copies of a credit agreement between McFadden and Discover, and an account record for the Discover account, account number ending in 9323, identifying Mark S. McFadden as the account holder, with an address of "4245 118th Ave N, Clearwater, Florida, 33762-5136" ("the Clearwater address").

4.     McFadden was served in the collection case at the Clearwater address, as referenced in a Return of Service filed with the state court.

5.     McFadden appeared in person in court to contest the collection case.

(remainder of page intentionally left blank)

6.      Before the entry of Final Judgment against McFadden and after a hearing at which McFadden was present, the state court judge entered summary disposition in Discover's favor, the judge making a finding that "Defendant simply 'does not remember' obtaining and using the credit card and receiving numerous monthly statements of account mailed by Plaintiff...."

Respectfully submitted,

DISCOVER BANK
ZWICKER & ASSOCIATES, P.C.
EDUARDO A. CLARK

By their attorneys,

/s/Robert W. Thuotte
Robert W. Thuotte, Esq.
*Admitted pro hac vice*
MA Bar # 497490
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810
Tel. 978-984-1042
Fax 978-686-6831
rthuotte@zwickerpc.com

Dated: June 24, 2015