UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK S. MCFADDEN,

    Plaintiff,

v.                                          Case No: 8:14-cv-1378-T-36TGW

DISCOVER BANK, ZWICKER AND
ASSOCIATES, P.C. and EDUARDO A.
CLARK,

    Defendants.
_____/

## ORDER

In order to facilitate the Court's review of certain documents, the parties should submit to Chambers a courtesy copy of any document filed electronically in the Tampa Division that exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be provided simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is hereby

**ORDERED**:

1.     A party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length **must** provide a courtesy copy of the document (including exhibits) in paper format to Chambers.

2.     The Defendants are directed to provide to Chambers a courtesy copy of the Motion for Summary Judgment and Brief In Support Thereof (Doc. 26) (including exhibits) within **SEVEN (7) DAYS** from the date of this Order.

**DONE AND ORDERED** in Tampa, Florida on June 25, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any