FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2015 JUL -7   PM 1: 5

MARK S. MCFADDEN

    Plaintiff                        Case No. 8:14-CV-01378-CEH-TGW

-v-

DISCOVER BANK
LAW OFFICES OF ZWICKER AND ASSOC. PC
EDUARDO A. CLARK, INDIVIDUALLY

Defendants

## DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT

Declarant, Mark S. McFadden, hereby swears and affirms that the following assertions are true and correct:

1. Declarant submits this Declaration in support of the Opposition to Motion for Summary Judgement filed in this case by Defendants. Declarant is competent to be a witness in the matters stated in this Declaration and could and would testify to those matters in a court of law, under oath, subject to the penalty of perjury.

2. Declarant has personal knowledge of the facts and circumstances set forth herein.

3. Based upon Declarant's personal knowledge, Declarant states that all matters set forth herein are true and accurate.

I declare under penalty that the foregoing is true and correct.
Executed on July 2, 2015 .
Sincerely,

Mark S. McFadden

FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

'15 JUL -7 PM 1:5

MARK S. MCFADDEN

     Plaintiff

                                      Case No8:14-CV-01378-CEH-TGW

-v-

DISCOVER BANK
LAW OFFICES OF ZWICKER AND ASSOC. PC
EDUARDO A. CLARK, INDIVIDUALLY

Defendants

### PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to FRCP 56 Plaintiff, Mark S. McFadden, submits this opposition to the pending Motion for Summary Judgment, on file herein, to demonstrate to the Court that there are genuine issues of material fact in this case that precludes the entry of a judgement as a matter of law.

This opposition is based upon and supported by the following Memorandum of Points and Authorities, the pleadings and papers on file, the affidavits and exhibits attached hereto.

Dated this 2nd day of July, 2015.

Respectfully submitted by:

Mark S. McFadden, Plaintiff